

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JOSE PORTILLO,                          §
                                                            No. 08-14-00017-CV
            Appellant,                      §
                                                            Appeal from the
v.                                              §
                                                            14th District Court
TEXAS HEALTH PRESBYTERIAN       §
HOSPITAL DALLAS,                                of Dallas County, Texas
                                                §
            Appellee.                                   (TC#DC-13-02521)
                                                §

**J U D G M E N T**

The Court has considered this cause on the Agreed Motion to Dismiss Appeal and concludes the motion should be granted and the appeal should be dismissed with prejudice. We therefore dismiss the appeal with prejudice. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Larsen, J. (Senior Judge), and Ferguson, Judge
Larsen, J. (Senior Judge), sitting by assignment
Ferguson, Judge, sitting by assignment